PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLE FAVA, | Case No. 2:17-cv-05182-AB-KS |
| Plaintiff, | **Hon. André Birotte Jr.** |
| v. | |
| WAL-MART STORES, INC., a Delaware Corporation; and Does 1-50, inclusive, | **~~(PROPOSED)~~ ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |
| Defendants. | Trial Date: December 4, 2018 |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED: September 04, 2018

By: _____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100